**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Tech Spray, L.P., et al., ) | |
| Plaintiffs, ) | No. CV 07-0211-PHX-PGR |
| vs. ) | |
| ) | ORDER |
| Grant Russell, et ux., ) | |
| Defendants. ) | |

IT IS ORDERED that the parties' Stipulated Motion to Continue Rule 16 Conference (doc. #21) is granted to the extent that the Scheduling Conference set for July 30, 2007 is vacated and is reset to **Monday, September 17, 2007, at 1:30 p.m.** in Courtroom 601.  The Joint Case Management Report shall be filed no later than September 4, 2007.[1]

DATED this 4th day of June, 2007.

Paul G. Rosenblatt
United States District Judge

---

[1] The parties are admonished to use the correct case number on all future documents filed with the Court.