**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tech Spray, L.P., et al., | ) |
| Plaintiffs, | ) No. CV-07-0211-PHX-PGR |
| vs. | ) |
| Grant Russell, et ux., | ) ORDER |
| Defendants. | ) |

Having considered the plaintiffs' Motion to Extend Pretrial Deadlines to Allow for Completion of Discovery (doc. #44), the Court finds that the motion should be granted.

The Court need not resolve the parties' rather unseemly finger pointing regarding who is to blame for any discovery delays because the bottom line is that granting the relief requested by the plaintiffs, which is to extend the non-expert discovery deadline from December 31, 2007 until March 31, 2008, which is the current deadline for completing expert discovery, will not delay the resolution of this action under the remaining deadlines set forth in the Court's Scheduling Order (doc. #36).  Therefore,

IT IS ORDERED that the plaintiffs' Motion to Extend Pretrial Deadlines to Allow for Completion of Discovery (doc. #44) is granted and that all non-expert

1  discovery shall be completed no later than March 31, 2008.  All other remaining
2  deadlines set forth in the Scheduling Order (doc. #36) shall be remain in full force
3  and effect.

4          DATED this 21st day of November, 2007.

Paul G. Rosenblatt
United States District Judge